PROB 12B
(7/93)

Report Date: February 18, 2011

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 2 2 2011

JAMES R. LARSEN, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Joseph Roberts      Case Number: 2:06CR00053-001

Name of Sentencing Judicial Officer: The Honorable William Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: 6/26/2007      Type of Supervision: Supervised Release

Original Offense: Importation of 50 Kilograms or More of Marijuana, 21 U.S.C. § 952 and 960; Importation of Ecstacy, 21 U.S.C. § 952 and 960; Possession with Intent to Distribute 50 Kilograms or More of Marijuana, 21 U.S.C. § 841(a)(1); Possession with Intent to Distribute Ecstacy, 21 U.S.C. § 841(a)(1)

Date Supervision Commenced: 4/6/2010

Original Sentence: Prison - 54 Months; TSR - 36 Months

Date Supervision Expires: 4/5/2013

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

20   You shall reside in a residential reentry center (RRC) for a period of up to 120 days. You shall abide by the rules and requirements of the facility and shall participate in programs offered by the facility at the direction of the supervising officer.

### CAUSE

Mr. Roberts commenced his term of supervised release on April 6, 2010. He has resided at the Maud's House since July 2010. Unfortunately, Mr. Roberts has not established a viable transition plan relative to housing and employment, to date. Consequently, he is expected to move out of the Maud's House on or about March 4, 2011. Mr. Roberts requested placement at the Spokane RRC in order to develop a suitable plan to include housing and employment.

The undersigned is of the opinion, placement at a residential reentry center would afford the offender a reasonable period to seek employment and stable housing.

Prob 12B
**Re: Roberts, Joseph**
**February 18, 2011**
**Page 2**

Mr. Roberts voluntarily signed the attached waiver of hearing after being advised of his right to a hearing and assistance of counsel. It is respectfully recommended that the attached waiver of hearing to modify conditions of supervised release be adopted allowing placement at the RRC. It is also recommended that Mr. Roberts be allowed to transition to his residence immediately, once secured, and verified by the undersigned officer.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  02/18/2011

s/Tommy Rosser

Tommy Rosser
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

Signature of Judicial Officer

2/22/11

Date